# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MICHAEL and JANICE PALMER

    VS                                    CASE NO.  3:06cv401/RV/EMT

FIDELITY NATIONAL PROPERTY &
CASUALTY INSURANCE COMPANY

**REFERRAL AND ORDER**

Referred to Judge Vinson on  OCTOBER 10, 2007
Type of Motion/Pleading RULE 41(a)(1) STIPULATION TO DISMISS WITH PREJUDICE
Filed by: PLAINTIFFS & DEFENDANT on 10/9/07  Doc. No. 13
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
                                            on _____ Doc. No. _____
                                            on _____ Doc. No. _____
                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            s/L. James
                                            Deputy Clerk

**ORDER OF DISMISSAL**

Upon consideration of the foregoing, it is ORDERED this  12th  day of  October , 2007, that:

    (1)  This cause is hereby dismissed, with prejudice and without taxation of costs.

    (2)  In the event settlement is not consummated for any reason, the Court reserves the power, upon motion filed by any party within 60 days after date, to amend, alter or vacate and set aside this order of dismissal.

                                            /s/ *Roger Vinson*
                                            ROGER VINSON
                                            SENIOR UNITED STATES DISTRICT JUDGE